

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-17-2014

# USA v. Bruce Costa, Jr.

Precedential or Non-Precedential: Non-Precedential

Docket 13-1218

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Bruce Costa, Jr." (2014). *2014 Decisions.* Paper 84.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/84

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 16, 2014

No. 13-1218

USA

v.

BRUCE E. COSTA, JR.

(D. Del. No. 1-10-cr-00047-001)

Present:  JORDAN, VANASKIE and VAN ANTWERPEN, Circuit Judges

Unopposed Motion by Appellant to Amend Opinion filed January 2, 2014.


Respectfully,
Clerk/arl

_____ORDER_____

The foregoing Motion is granted.  The January 2, 2014 opinion is vacated.  A revised opinion and judgment will be entered.


By the Court,

s/ Kent A. Jordan
Circuit Judge


Dated:    January 17, 2014
ARL/cc: SAW; LCW; MDC; JMV